Gregory S. Abrams, CA SBN 96759
Douglas D. Kappler, CA SBN 48979
A·S·K Financial
16150 Hartsook Street
Encino, California 91436
**Telephone:** (818) 609-9268   **Fax:** (818) 609-9686
\pr-glbl.frm - F:\WP\CLI\CKI\COMP-ORD.WPD

Attorneys For Movant, David L. Hahn, Chapter 7 Trustee

FILED & ENTERED

MAR 29 2011

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY egarcia    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>CLASSICS KRISTALL INC.,<br><br>                              Debtor. | Bk. No. 09-13862-PC<br><br>Chapter 7<br><br>ORDER GRANTING MOTION FOR AUTHORITY TO SETTLE CLASSES OF PREFERENCE CLAIM CONTROVERSIES PURSUANT TO RULE 9019 (b) OF THE RULES OF BANKRUPTCY PROCEDURE AND MODIFY COMPROMISE PROCEDURES<br><br>[No Hearing required - submitted under Local Rule 9013-1(o)] |

      Based upon the Motion for Authority to Settle Classes of Preference Claim Controversies (hereinafter, the "Motion") and good cause appearing, and notice being appropriate under the circumstances, it is hereby

      ORDERED, ADJUDGED AND DECREED, the the Motion for Authority to Settle Classes of Preference Claims is granted.

      The settlement authority allows David L. Hahn, Chapter 7 Trustee to consummate settlements within the following settlement ranges and guidelines:

1. **Net Preference Claims[1] less than $25,000:**

Movant may consummate settlements in this class in his business judgment without further leave of the Court or additional notice to the parties that have been served with this Motion;

2. **Net Preference Claims between $25,000 and $50,000**:

Provided that a proposed settlement represents <u>a minimum recovery of at least 65%</u> of the Net Preference Claim, Movant may consummate settlements without further leave of the Court or additional notice to the parties that have been served with this Motion;

3. **Net Preference Claims between $50,000 and $100,000**:

Provided that a proposed settlement represents <u>a minimum recovery of at least 75%</u> of the balance due, Movant may consummate settlements without further leave of the Court or additional notice to the parties that have been served with this Motion.

4. **Settlements Outside the Foregoing Parameters**:

Should any proposed settlement not comply with the parameters set forth in Paragraphs 1-3, such proposed settlement shall be noticed to the 20 largest creditors and to creditors who have requested special notice under Bankruptcy Rule 2002 (the "Notice Parties"). The Notice shall include a general description of the claim including the name of the account debtor and the amount of the claim, and the proposed settlement amount.

Unless a Notice Party files with the Court and serves upon the Chapter 7 Trustee an objection to the proposed compromise within fifteen (15) days of service of the Notice, Movant shall be free to consummate the compromise without necessity of further notice or order of the Court.

If an objection is timely filed by a Notice Party, a hearing on the proposed compromise will be scheduled and noticed to the Office of the United States Trustee and each objecting Notice Party.

DATED: March 29, 2011

United States Bankruptcy Judge

---

[1] The term "*net preference claim*" as used herein means the total preference period transfers made to a transferee, less (i) the value to the debtor of subsequent extensions of credit ("*new value*"), and less that portion of payments that were made to satisfy obligations that were less than 30 days past due at the time of the transfer.

ORDER GRANTING SETTLEMENT AUTHORITY

CKI; PR

F 2090-1.3

| In re<br>Classics Kristall Inc.<br><div align="right">Debtor.</div> | CHAPTER 7<br>CASE NUMBER   2:09-13862 |
|---|---|

**Note:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**16150 Hartsook Street, Suite B-21, Encino, California 91436**
A true and correct copy of the foregoing document described as **ORDER GRANTING MOTION FOR AUTHORITY TO SETTLE CLASSES OF PREFERENCE CLAIM CONTROVERSIES PURSUANT TO RULE 9019 (b) OF THE RULES OF BANKRUPTCY PROCEDURE  AND MODIFY COMPROMISE PROCEDURES** will be served or was served (**a**) on the judge in chambers in the form and manner required by LBR 2005-2(d), and (**b**) in the manner indicated below:

**I.   TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NCF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rules(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On **March 24, 2011** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

Gregory S Abrams     jbothell@askfinancial.com
Stephen F Biegenzahn     efile@sfblaw.com
Russell Clementson     russell.clementson@usdoj.gov
David L Hahn (TR)     trustee@hahnfife.com, dhahn@ecf.epiqsystems.com
United States Trustee (LA)     ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On **March 24 , 2011** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

United States Bankruptcy Court
Honorable Peter Carroll
255 East Temple Street, Room 1539
Los Angeles, CA 90012

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service by method) by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| _March 24 , 2011_ | _Jeff Lucas_ | _/s/ Jeff Lucas_ |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

No:

F 2090-1.3

| In re | CHAPTER 7 |
| Classics Kristall Inc. | CASE NUMBER 2:09-13862 |
| Debtor. | |

### NOTE TO USERS OF THIS FORM:

1) Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
2) The title of the judgment or order and all service information must be filed in by the party lodging the order.
3) **Category I**. below: The United States trustee and case trustee (if any) will always be in this category.
4) **Category II**. below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

## NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*)**ORDER GRANTING MOTION FOR AUTHORITY TO SETTLE CLASSES OF PREFERENCE CLAIM CONTROVERSIES PURSUANT TO RULE 9019 (b) OF THE RULES OF BANKRUPTCY PROCEDURE AND MODIFY COMPROMISE PROCEDURES**, was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NCF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rules(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **March 24, 2011**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below:

Gregory S Abrams    jbothell@askfinancial.com
Stephen F Biegenzahn    efile@sfblaw.com
Russell Clementson    russell.clementson@usdoj.gov
David L Hahn (TR)    trustee@hahnfife.com, dhahn@ecf.epiqsystems.com
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

*Revised August 2005*    This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.    **F 2090-1.3**